FILED
SEP 12 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLEGAS, an individual and MARIA CARMEN MARQUEZ, an individual, | CASE NO. 03 CV 2133 JM MLS JM(NLS) |
| Plaintiffs, | |
| vs. | **ORDER GRANTING DISMISSAL OF PLAINTIFF MARIA MARQUEZ** |
| ERIC HACKETT, an individual, and CITY OF CALEXICO | |
| Defendants. | |

Pursuant to the joint motion of the parties, this matter is dismissed with prejudice as to plaintiff Maria Marquez only. Each side is to bear their own attorney's fees and costs.

DATED: September 12, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc:   All parties

1