# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VILLEGAS, an individual and MARIA CARMEN MARQUEZ, an individual,, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC HACKETT, an individual, and CITY OF CALEXICO,, <br><br> Defendant. | CASE NO. 03 CV 2133 <br><br> **ORDER DENYING DEFENDANTS' APPLICATION FOR ORDER SHORTENING TIME FOR HEARING MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT** |

On September 18, 2007, Defendants moved for leave to file a third party complaint. This motion included an application for an order shortening time. The motion is currently scheduled for hearing on October 26, 2007. A settlement conference is also scheduled for November 8, 2007. Defendants request an earlier hearing date for their motion so that, if the court grants the motion, Defendants may serve the third party defendant with the summons and complaint in sufficient time to allow the new party to participate in the settlement conference.

Having carefully considered the application and for lack of good cause shown, the court hereby **DENIES** the application for an order shortening time. To participate meaningfully in a settlement conference, a new party needs adequate time to become acquainted with the litigation and consider its settlement options. Here, even if the court set an earlier hearing date and granted the motion for leave to file a third party complaint, the new party would lack sufficient time to prepare for the

1  November 8, 2007 conference.  Furthermore, shortening the time for this motion would deprive both
2  Plaintiff and the proposed new party of the full opportunity to consider – and potentially to oppose
3  – the motion.
4  **IT IS SO ORDERED.**
5  **DATED:  September 21, 2007**

**Hon. Jeffrey T. Miller**
**United States District Judge**

9  CC:        All parties